**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual,*

      Plaintiff,                              CASE NO.:    1:20-cv-22636-KMW

v.

ALDEN ENTERPRISES, INC. d/b/a
ALDEN SUITES,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, hereby notifies this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

DATED this **27th** day of **July,** 2020.

                                      Respectfully Submitted,

                                      LAW OFFICES OF NOLAN KLEIN, P.A.
                                      *Attorneys for Plaintiff, Jesus Gonzalez*
                                      5550 Glades Road, Ste. 500
                                      Boca Raton, FL 33431
                                      PH: (954) 745-0588

                              By:  */s/ Nolan Klein*
                                      NOLAN KLEIN, ESQ.
                                      Florida Bar No. 647977
                                      klein@nklegal.com
                                      amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **27th** day of **July,** 2020.

By: /s/ Nolan Klein
NOLAN KLEIN, ESQ.
Florida Bar No. 647977

## SERVICE LIST:

**JUSTIN C. SOREL, ESQ.**
Florida Bar No. 0016256
**NICOLE E. PERNA, ESQ.**
Florida Bar No. 1000394
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Telephone: (561) 383-9229
Facsimile:  (561) 683-8977
justin.sorel@csklegal.com
nicole.perna@csklegal.com
*Attorneys for Defendant*