**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual,*

        Plaintiff,   CASE NO.:   1:20-cv-22636-KMW

v.

ALDEN ENTERPRISES, INC. d/b/a
ALDEN SUITES,

        Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JESUS GONZALEZ, and Defendant, ALDEN ENTERPRISES, INC. d/b/a ALDEN SUITES, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees, except as stated in the parties' settlement agreement.

DATED: **August 19, 2020**

| | |
|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| By: */s/ Nolan Klein*<br>Nolan Klein, Esq.<br>Florida Bar No. 647977<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Ph: (954) 745-0588<br>*Attorneys for Plaintiff*<br>klein@nklegal.com | By: */s/ Justin C. Sorel*<br>Justin C. Sorel, Esq.<br>Florida Bar No. 0016256<br>justin.sorel@csklegal.com<br>Nicole E. Perna, Esq.<br>Florida Bar No. 1000394<br>nicole.perna@csklegal.com<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL 33401<br>Ph: (561) 383-9229<br>*Attorneys for Defendants* |